UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

HAUERSPERGER, E. Kent )
Plaintiff )
)
vs. )  Case No. 05-3010
)
LOGAN COUNTY SHERIFFS Dept, )
SHeriff of Logan county )   INNOCENT MAN Denied
_____ )   Evidence.
_____ )   LEGAL Defense.
Defendant(s) )

**COMPLAINT**

☑ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☑ Other Complaint of criminal activity of correctional officers and Sheriffs Deputies, Not condition of confinement.

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, Edward Kent Hauersperger, and states as follows:

My current address is: Post office Box 4500, Tennesse Colony, TX. 75861+4500

The defendant SHeriff, is employed as Sheriff of Logan county, Ill. at ~~911 Pekin Street~~ 601 Broadway Lincoln, Ill.

The defendant Rick Bacon, is employed as Chief Deputy at 911 Pekin St. Lincoln, Ill.

The defendant _____, is employed as _____ at _____

The defendant _____, is employed as _____ at _____

(revised 9/96)

The defendant _____, is employed as _____
_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case? Some of Facts Yes ☑    No ☐

If yes, please describe filed against logan county sheriff for not providing proper clothing and bedding in cold temp. complained then about Grievance process.

B. Have you brought any other lawsuits in state or federal court while incarcerated?
Yes ☑    No ☐

C. If your answer to B is yes, how many? 30   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:
      Plaintiff(s) I am denied my Legal material.
      Defendant(s) _____
      _____

   2. Court (if federal court, give name of district; if state court, give name of county)
      Federal, Illinois, springfield, missouri, Kansas city, TEXAS W,E,N,S,

   3. Docket Number/Judge UNKNOWN _____

2

4. Basic claim made  Denied right to redress grievance

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)  Continual violation

6. Approximate date of filing of lawsuit  present

7. Approximate date of disposition  present

For additional cases, provide the above information in the same format on a separate page.

Denied x-tra paper by Law library.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☐   No ☑

If your answer is no, explain why not  I have been refused step one and step two grievances by Logan county jail.

C. Is the grievance process completed?   Yes ☐   No ☑

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

## STATEMENT OF CLAIM

Place of the occurrence  LOGAN COUNTY JAIL, SAFETY COMPLEX

Date of the occurrence  CONTINUALL ORIGINAL NOV. DEC. 1998

Witnesses to the occurrence  All Room Mates

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
**THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.**

Logan County Sheriff refuses to give me copy of His file, and or Record conserning me against my right to freedom of information. This file and Record shows alot of unlawful activity, I believe conserning my transport and incarseration. I was denied food-medicine when being brought from Texas by trans corp. international, becouse I grieved-complained about them taking my Law books and throwing them away into trash can. Deputy's refused to give me grievances, STILL DO. See Exhibit A I need a copy of my file, I need grievance form's! I need reimbursed for my time spent in jail unlawfully becouse I've been unable to effectively litigate my case without my Texas Criminal Practice Guide Logan county officals took from my Hand.

4

were this not so Hauersperger would be licensed to practice in Your Honorable court; Please excuse my Ignorance. Most recent communication shows Logan County Sheriff to be aplorably incoherant to our Constitution and way's of these The United States of America! Christmas time brings with it Ill winds of Texas insurgents who call themselves The Texas Republic, or Republic of Texas, many of these weomen and men sadistic in nature work for the Department of criminal justice here in Texas. Hauersperger is in Iminent serious danger of another physicall injury as he is a citizen Informant against these Insurgents, and an Innocent man. Recently He was Attacked and Sexually molested on FILM. See use of force tape's if court questions PRISON Litigation Reform act against TEXAS PRISON, and Life Endangerment.

*E. Kent Hauersperger*

I HAVE BEEN PHYSICALLY DEFORMED BY MY CAPTORS, PLEASE HELP ME ACCESS LAW.

5

## RELIEF REQUESTED

(State exactly what relief you want from the court.)

(5) five thousand dollars actuall Damages Due process violation. Return set of Texas criminal practice guide Set of Book's. Return case Law stolen. Return United States constitution, and Texas constitution stolen. Give me (5) five step one Grievances, Give me (5) five step two grievances, Give me (5) five step three grievances if AVAilable. Send me my entire file, and Record in Logan county sheriffs Dept. possesion. I was unlawfully tried here in Texas and thier Records prove it. unLawful extradition. Please Bear with Plaintiff's Indigency for Justice sake.

**JURY DEMAND** You are a jury!   Yes ☐    No ☐

Signed this __12th__ day of __December__, ~~19~~ 2004.

_Edward Kent Hauersperger_
(Signature of Plaintiff)

| Name of Plaintiff: HAUERSPERGER, E. Kent | Inmate Identification Number: 873197 |
| Address: PO. 4500 #873197 Tennesse colony, TX. 75861+4500 | Telephone Number: 512) 449-4349 FAX |



**STEVEN G. NICHOLS**
**LOGAN COUNTY SHERIFF**
COURTHOUSE
LINCOLN, ILLINOIS 62656

Courthouse -- 732-2156
Safety Complex -- 732-4159

Exhibit A

**RICK BACON**
**Chief Deputy**

December 7, 2004

Mr. Edward Kent Hauersperger
TDC# 873197
P.O. Box 4500
Tennessee Colony, Texas 75861

Dear Mr. Hauersperger:

This letter is in response to your written request dated July 8, 2004 that I received on December 3, 2004. You state in your letter that you have been making this request for the last four years. My I state that I have only been in my current position for the last year and half and therefore your complaints for those request not being answered is with the previous administration, not me. Therefore no apology will be given.

Second, your demands for copies of you file record as you call it, require a subpoena in order for you to obtain them. I would add that I did not see one included in your letter, therefore it will not be sent.

*Refuse to give grievances*

Third, your request for step one, two and three grievances I do not have any idea of what you are asking for.

Last but not least, your request for NCIC readout is denied as well. Federal policy regarding the dissemination of those documents does not allow for me to give them to you.

I would suggest any further questions you have in this matter be directed to the Logan County States Attorneys Office.

Respectfully

*[signature]*

Chief Deputy Rick Bacon
Logan County Sheriff's Office