**E-FILED**
Wednesday, 19 January, 2005 04:25:45 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_____ District of _____

Hauersperger, E. Kent
v. 873197            **SUMMONS IN A CIVIL CASE**

Sheriff Dept. of
Logan county        CASE NUMBER: 05-3010

TO: (Name and address of Defendant)
Sheriffs chief Deputy; Rick Bacon
911 Pekin, St. Lincoln, ILL.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward Kent Hauersperger
873197 PO Box 4500
Tennesse Colony, TX.
75861+4500

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____           _____
CLERK                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                              *Signature of Server*


                                                 _____
                                                  *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ɔ (Rev. 10/93) Summons in a Civil Action

# United States District Court

——— DISTRICT OF ———

Hauersperger 873197

### SUMMONS IN A CIVIL CASE

V.

Sheriff of Logan co.

CASE NUMBER: 05 - 3010

TO: (Name and address of defendant)

Sheriff    Steven G. Nichols
601 Broadway Room 23
Lincoln, Ill. 62656+2733

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward Kent Hauersperger
873197 P.O. Box 4500
TENNESSE Colony, Texas
75861

ιn answer to the complaint which is herewith served upon you, within _____30_____ days after service of his summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for he relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of :ime after service.

CLERK                                                 DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
Date                                          Signature of Server

_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.