

## United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL:
217.492.4020
FAX:
217.492.4028

January 21, 2005

Re: E. Kent Hauersperger, #873197
Case No. 05-3010

Trust Fund Department
Texas Correctional Center
P.O. Box 4500
Tennessee Colony, TX  75861

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from **Ms/r Edward Kent Hauersperger**.  In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately preceding receipt of his/her complaint.  Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of **Ms/r. Edward Kent Hauersperger's** trust fund ledgers for the period **8/18/04 through 1/8/05**, within fourteen days of the date of this letter.  Please mail the trust fund ledgers to:

> United States District Court
> Central District Of Illinois
> 600 East Monroe, Room 151
> Springfield, IL 62701

Please refer to the above referenced case number when submitting the trust fund ledgers.

Sincerely,

s/ John M. Waters

JOHN M. WATERS
Clerk of Court

cc: Edward Kent Hauersperger