IN THE UNITED STATES DISTRICT COURT
FOR THE Central DISTRICT OF ~~TEXAS~~
Springfield DIVISION

HAUERSPERGER 873197
Plaintiff's name and ID Number

Micheal prison, Texas
Place of Confinement

FILED
JAN 3 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

v.
Logan county Sheriffs Dept. Et.al.
911 pekin St, Lincoln, Illinois

Defendant's name and address

CASE NO. 3:05-CV-03010-HAB-BGC
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Edward Kent Hauersperger, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment        Yes☐  No☑
    b. Rent payments, interest or dividends?               Yes☐  No☑
    c. Pensions, annuities or life insurance payments?     Yes☐  No☑
    d. Gifts or inheritances?                              Yes☐  No☑
    e. Family or friends?                                  Yes☑  No☐
    f. Any other sources?                                  Yes☐  No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   Son Gave State of Texas $30.00 for me.

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
          Yes☐          No☐
   If you answered YES, state the total value of the items owned.

   Not Known to me
   Account Numbers, Amounts unknown.

                                        1                                    ATCIFP

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes☐        No☐

If you answered YES, describe the property and state its approximate value.

*I Do Not know of Any Deeds or claims giving me Any property rights in particular, at this time.*

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __26th__ day of __January__, 19__2005__

__Edward Kent Hauenspergue__  __873197__
    Signature of Plaintiff    ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

*Denied At this Time EK*