E-FILED
Monday, 31 January, 2005  04:19:46 PM
Clerk, U.S. District Court, ILCD

FILED
JAN 3 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

U.S. District Court
Central District of Illinois
Springfield Division

HAUERSPERGER §

v. § 3:05-CV-03010-HAB-BGC

Logan County Sheriffs Dept. §
et al §

## MOTION FOR INJUNCTIVE RELIEF

With a shroud of justice and ever slight memory of printed material thieved from me, I Edward Kent Hauersperger born January 4th 1961 in Urbanna Illinois come before Honorable court in great meekness and pray for a simulance of Due process conserning his unlawful, unmeritorious incarseration and violation of his person, ie. regular beatings and sexual molestations here in Texas prison as "A DIRECT catastrophe" of Logan county sheriffs handiwork. Hauersperger notifies court of his fears and notes with more than a passing interest that his person has been permanantly deformed by Texas correctional staff. Hauersperger asks that court view use of Force Films of assaults upon him to verify Life endangerment.

Please excuse my Ignorance

1

Plaintiff Edward Kent Hauersperger douse not leave the limited safety of his cell to shower, excersise, or any other purpose unless compelled to do so by threat of FORCE or for medical attention. Hauersperger request that He be moved to TRAVIS county sheriffs Dept. jail to be kept safely and allowed to hold hearing from thier confines without threat, and danger to his well being from correctional officers Here at TEXAS PENITENTUARY where He is continually retaliated against for being a citizen informant for TEXAS SENATE committe on criminal justice. Hauersperger was praised by congressman Bob Hunter from Abilene for informations conserning Illegal Drug trafficing at psychiatric Hospitals in Texas, Then Beaton loosing much of his eye sight at lynaugh prison unit by T.D.C. Staff. See use of force film.(s)

Hauersperger foresees TROUBLE with Him being brought from His cell for phone court Hearing in as that:

1) He Has brought criminal complaints against supervisors Here in TEXAS PENITENTUary.
2) Offenders are only allowed to use a phone (located away from other offenders) 5 minutes every 3 month's if they are, and only if they are trustees.
I am Not Trusted, I am a citizen informant.

2

Please excuse my Ignorance

3) Law librarian claims I have no certifiable legal action anywhere to neccesatate supplies. (xtra Legal supplies are denied me malicousley)

4) Drain on my psyche is extreem being pushed around and called name(s) other than my own douse not condone my safety.

5) Against my 14th Amendment Right to eagual and fair treatment of men and weomen as well as my 8th amendment right to be free from cruel and unusual punishment I was forced (vi metiugeu) to have my Hair cut on Jan. 19th against T.D.C.j-I.D. policy. (And Harassed about it since)

Therefore offender believes another confrontation will ensue subjecting him to another phycical Beating.

Plaintiff douse not only pray to be kept at Travis county sheriffs Dept. jail Austin, TX, STATE capitol yet asks for injunctive relief of 100 stamps to access courts, seek counsil and Finances for litigation, as well as chapter 13 of Texas criminal practice guide Extradition, chapter 50 speedy trial and continuance, chapter 91 postconviction Hablus corpus, and chapter 92 prisoners rights along with U.S. District court manual for clual practice, and 2 mg. Kolonopin for anxziaty every 12 hours. I seek Liberty. I seek prosecution for criminal act's; I seek the courts eye's for justice not vehemence. Enacted this the 26th day of febuary in the 2005th Year of our lord and savior christ. I Edward Kent Hauersperger Hereby certify all of the foregoing to be true to the Best of my belief and knowledge against penalty of perjury, which littigant detests.

*Edward Kent Hauerspergh*

3 end

Edward Kent Hauersperger
P.O. Box 4500 # 873197
TENNESSE COLONY, TEXAS 75861

THIS DOCUMENT NOT TO BE changed or ALTERED
Please excuse my IGNOrance

# STEP 1  OFFENDER GRIEVANCE FORM
## PASO 1

Texas Department of Criminal Justice

Forma Para Quejas de los Preso

Offender Name: LaFontaine Edward  TDCJ #: 873197
Unit: Montford  Housing Assignment: D-2-13
Unit where incident occurred: Montford

**OFFICE USE ONLY / Para Uso De La Oficiana Solamente**
Grievance #: ___
Date Received: ___
Date Due: ___
Grievance Code: ___
Investigator Number: ___
☐ EM  ☐ UOF  ☐ MED
☐ ADA  ☐ REL  ☐ SSI

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt. in charge at infirmary after lunch  When? After Lunch
What was their response? They would put further sanctions on me at Dentist
What action was taken? Harrassed further by Armenta Dentist Assistant.

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

C.O. Thomkins Row boss 01082002 D-2-13 Bunk conspires with C.O. Armenta and Unknown Nurse to deny me my entitlement right ie. Food, in retaliation for not shaving Harrasing me in furtherance of sanctions allready placed upon me for same violation of unconstitutional rule. Dentist's assistant along with Armenta threatened to deny me relief of pain/Dental treatment if I did not comply with unconstitutional Rule (shaving)

Malisious torment brings great anxziaty and fear of assault every assault that I have been victim of, started with verbal Harrasment.

Federal cival rights statute was designed to deter state actors from using thier Authority to deprive me of rights.
Prerequisite is that defendant directed or knew of and aquiesced in deprivation. Right to be free from undue Harrasment and or cruel and unusual punishment.

On Page 32 of the use of force plan states 7. If an offender refuses to shave or have thier hair cut so a Photo I.D. can be made at any diagnostic/intake facility only the amount of force necessary to gain compliance with the order to shave and Have thier Hair cut will be utilized, unless precluded by medical

I-127 Front (9/1/1999)    PLEASE SIGN ON BACK    (OVER)

orders. I am not at Diagnostic or intake facility and Harrasment including subline fear of force (vi mitiuge) are against policy as well as state Law Texas penal codes 39.02, 39.03, 39.04, 36.06 and Texas penal code 22.07. I demand all unlawfull activity of staff be thouroughly investigated and prosecuted to the fullest standard of Sociaty. I he Edward LaFontaine Hereby certify all of the foregoing to be true to the best of my knowledge and belief against penalty of perjury. Enacted this the 8th day of Jan. in the 2002 year of our Lord and savior Jesus "Christ".

JAN 09 2002        E Kent Hauerspery        JAN 0 9 2002

**Action Requested to Resolve your Complaint.**

Full criminal investigation be ordered. Cival action will follow criminal prosecution. JAN 0 9 2002

Offender Signature: _E Kent Hauerspery_    Date: _01082002_

**Administration's Decision**

☐ Mandatory referral to IAD (Grievance worksheet attached)

☐ No action warranted (Explain).

Signature Authority: _____    Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the Step 1 response. State your reason for appeal on the Step 2 form.

Returned because: _2002077957_

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days*

☒ 3. Original not submitted* _name, number, and signature do not all match._

☐ 4. Inappropriate/excessive attachments*

☐ 5. No documented attempt at informal resolution.*

☐ 6. No requested relief is stated.*

☐ 7. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 8. The issue presented is not grievable.

☐ 9. No remedy exists.

☐ 10. Illegible/Incomprehensible*

☒ 11. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

*You may resubmit this issue once corrections are made.

I-127 Back (9/1/1999)    UGI _[signature]_    JAN 0 9 2002

B.K. CLENNDENNON
HUNTSVILLE, TEXAS

★75



# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: **Hauersperger, Edward Kent**  TDCJ # **873197**
Unit: **Micheal**  Housing Assignment: **12 F-75**
Unit where incident occurred: **Micheal**

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Maj. Fox, Capt. Partin, Lt. Ball** — When? **01-13-05**
What was their response? **This is not a picture taking facility, Fuck You LaFontaine, here we**
What action was taken? **I was told by woman that they would hold me down to cut myself**

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

VI metiege by fear of force a haircut & shave was ordered done to me by another offender I was handcuffed, and escorted to by Lt. Ball who had no club or gas to protect me from that offender. Against policy of THE STATE OF TEXAS and Texas Law i.e. Texas criminal practice guide, a haircut was forced upon me at a Non-picture taking facility.

Against my 14th constitutional right of the constitution of the UNITED STATES of AMERICA I was force shaven to take a photograph.

STATE ACTORS Refused to fingerprint and Identifie me, violating my rights to due process, as guaranteed in the 5th Amendment of the constitution of the United States of America, Injuring me severely mentally and physically.

MY NAME IS Edward Kent HAUERSPERGER, Not LaFontaine

I AM AN INNOCENT MAN incarserated.

*E Kent Hauersperger*

I-127 Front (Revised 9-1-2001)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

You HAVE IGNORED UNNUMbered step one grievances in violation of my 1st constitutional right afforded my By the Constitution of the United States of AMERICA to Redress Grievance Aparantly in retaliation of constitutionaly protected legal action. note with more that a passing interest that woman supposedly from Huntsville with a pocket camera read present policy to me wich contradicted her and securitys dets. I DCJ ID-TEXAS

**Action Requested to resolve your Complaint** I WANt to see magistrate judge. I consider this violation of policy and Federale Law a Life endangerment. I AM A United States Marine Corp. Ranger trained and sworn to protect the UNITED STATES Constitution, all of it's property and people. Strong guard!

**Offender Signature:** Edward Kent jr. Hauenberger   **Date:** 01-19-05

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when corrections are made.
- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days.*
- ☐ 3. Originals not submitted.*
- ☐ 4. Inappropriate/Excessive attachments.*
- ☐ 5. No documented attempt at informal resolution.*
- ☐ 6. No requested relief is stated.*
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language.*
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Vacant – discontinued 9-1-00
- ☐ 10. Illegible/Incomprehensible.*
- ☐ 11. Inappropriate.*

**UGI Signature:** _____
I-127 Back (Revised 9-1-2001)

**OFFICE USE ONLY**

**Initial Submission**   UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

**2nd Submission**   UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

**3rd Submission**   UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____