E-FILED
Tuesday, 15 February, 2005  10:35:09 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD, ILLINOIS

| | |
|---|---|
| E. KENT HAUERSPERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 05-CV-3010 |
| | ) |
| LOGAN COUNTY SHERIFF'S DEPT., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

ORDER REQUESTING LEDGER SHEETS

The Plaintiff, a state prisoner, has submitted a civil rights complaint under 42 U.S.C. § 1983 and seeks leave to proceed *in forma pauperis*. Under the Court's local rules and federal statutes, an inmate petitioner must submit copies of his prison or jail trust fund account ledger(s) showing his income for a period of at least six months prior to the lodging of his complaint. See CDIL-L.R. 16.3(B)(2); 28 U.S.C. § 1915. The Plaintiff has failed to submit trust fund account ledgers for the entire six-month period in question.

The Plaintiff is directed to submit copies of his trust fund account ledger(s) from any correctional facility in which the Plaintiff has been incarcerated during the six months prior to the submission of the complaint. Failure to comply within forty-five days will result in the denial of the Plaintiff's

petition for leave to proceed *in forma pauperis*, and summary dismissal of this case, without prejudice.

IT IS THEREFORE ORDERED that the Plaintiff submit, within forty-five (45) days from the date of this order, copies of trust fund account ledgers showing the Plaintiff's income for the six months preceding the initiation of this lawsuit. The Court still requires trust fund ledgers showing the Plaintiff's income for the period from August 18, 2004 through January 18, 2005.

IT IS FURTHER ORDERED that failure to comply with the Court's deficiency order within the time specified will result in denial of the Plaintiff's petition for leave to proceed *in forma pauperis*, and summary dismissal of this case, without prejudice.

ENTER this 15th day of February, 2005.

s/ Byron G. Cudmore
_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE