E-FILED
Wednesday, 16 February, 2005 04:30:17 PM
Clerk, U.S. District Court, ILCD

US District Court
Judge Baker
Springfield, Illinois
62701

Judge,
  I have filed for injunctive relief and ask that you hear evidences for that request over the phone. I am severely injured. Physical deformity(s) are common here. I had both shoulders torn once while they were filming I HOSPITAL I was nearly ~~chocked~~ ste Choked to death on way to Hospital another time, while they were filming. I spit. I may spit again I have horrible anxiety my Beard turnded silver in about 5 day's time!? I have been traumatized several times.
  IF You were to order a copy of all the "USE of force" tapes they have on me I'm sure criminal prosecution would begin imediately And You would see for Yourself that I have never struck out with my hands or feet what soever!!
  I am sincerely fearful of my imediate caretakers one major who attacked me on film at Lynaugh unit followed me here 800 miles away. Then refused to leave me alone litigation against him is unresolved. Texas REFUSES to prosecute it's own correctional officers.
  I want released Imediatly, I am innocent of ANY unlawful activity since 1989!
  I will testifie on phone at any cost, if these insurgents of Texas allow me to.
         Sincerely
         Kent