E-FILED
Wednesday, 16 February, 2005 04:32:19 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
FEB - 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Hauersperger, Edward K
873197

Plaintiff,

vs.

Logan County, Illinois
Logan County Sheriff

Defendant(s).

Case No. 305-CV-03010
(Supplied by Clerk)

## PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, Edward Kent Hauersperger, plaintiff or petitioner, move the court for leave to proceed *in forma pauperis* in the above-named action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress. I have awaited redress since November of 1998.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty. I am not paid by Texas for my work as I await new trial, misstrial Declared 1997. I am not allowed to seek finance outside institution.

3. I am (check one) Single ___ Married ___
Separated ___ Divorced ___   N/A

4. My responses to the following questions are true: I certifie trueth, Logan County has certified nothing so far.

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center?
Yes (✓)  No ( )

B. If so, by whom, what is your position, and what is your pay? NO pay as Informant for Senate Committe on criminal justice.

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?

_____
_____

1

D. Have you received money from any other source, including judgments, in the last 12 months? Yes (✓) No ( ) If yes, describe each source and state how much you received. My son gave Texas $30.00 for me.

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? I have NO trust fund

F. If withdrawals were made from your institutional trust fund account during the past 12 months, please explain when, how much, and the purpose for which funds were used. $30.00 taken by fraud. I do Not know what they used money for.

G. How much money do you have in private checking or saving accounts? I do Not know any account numbers, or amounts.

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( ) No ( ) Likely
If yes, describe the property and its approximate value: Pianos, organs, real estate I have No way to locate or value property.

I. Do you have any debts or obligations? Yes (✓) No ( ) Obligation to prosecute unlawful activity at any cost!!!!
If yes, list the amount owed, to whom, and any current payments that you are making. I owe US courts Aprox a petty $3,000.00

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support. No Gang Affiliation on Record.

2

K. Estimate the total amount of income or support that your dependents receive per month on an average, excluding your contributes to them.  00.00

I ~~declare~~ certify under penalty of perjury ~~and fine~~ that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

E. Kent Hauersperger
SIGNATURE

01-30-05
DATE

FILED BY placing in prison keepers Hand to place in prison mailing system this Sunday 01-30-05

E. Kent Haedy

# CERTIFICATE

(To be complete for prisoners only. This is a statement by the prison and not the prisoner.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $_____ in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____
_____
_____
_____
_____
_____

_____
(Authorized Officer)

_____
(Institution)

_____
(Title)

DATE _____

IMPORTANT
(THIS CERTIFICATE MUST BE ACCOMPANIED BY A TWELVE MONTH LEDGER OF THE PLAINTIFF/PETITIONER'S TRUST FUND ACCOUNT.)