COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

E-FILED
Wednesday, 16 February, 2005   04:32:28 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE  Central  DISTRICT OF ~~TEXAS~~ ILLINOIS
Springfield DIVISION

HAUERSPERGER, Edward, K.
Plaintiff's name and ID Number

MICHEAL PRISON
Place of Confinement

CASE NO: 305:CV-03010
(Clerk will assign the number)

v.

LOGAN COUNTY, ILLINOIS (SHERIFFS Department)
Defendant's name and address

911 PEKIN street SAFETY complex
Defendant's name and address

SGT. ULN Logan county
Defendant's name and address
(DO NOT USE "ET AL.")

I.  **PREVIOUS LAWSUITS:**

   A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?    X  YES    ___ NO

   B. If your answer to "A" is "yes", describe each lawsuit in the space below.
   (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: Refused copy

   2. Parties to previous lawsuit:
      Plaintiff(s) _____

      Defendant(s) _____

   3. Court (If federal, name the district; if state, name the county)_____

   4. Docket Number: _____

   5. Name of judge to whom case was assigned: _____

   6. Disposition: (Was the case dismissed, appealed, still pending?)
   _____

   7. Approximate date of disposition: _____

II. **PLACE OF PRESENT CONFINEMENT:** MICHEAL PRISON

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**
Have you exhausted both steps of the grievance procedure in this institution? X YES __ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.
ATTEMPTS UNCOUNTABLE

IV. **PARTIES TO THIS SUIT:**
A. Name of address of plaintiff: LOGAN COUNTY, ILLINOIS And all Subsidiaries

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Logan county, Illinois

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Cruel unusual punishment,

Defendant #2: Sgt ULN

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Told Dentist Not to Give me service/medical treatment

Defendant #3: ____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: ____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I was taken to Dentist for severe pain in or about 1998 (December) or Jan. 1999 while in Logan countys jail Sgt. Refused to Allow Dental team give ordered, accepted treatment.
I am in great pain now still.
Unlawfully sent to TEXAS w/o warrant.
Denial of Records, is state impeeded action preventing earlier claim. I ask for Discovery.
Theft of TEXAS criminal proceedural manuals is state impeeded action preventing earlier claim.
Excuse my Ignorance.

VI. **RELIEF:** FULL DENTAL TREATMENT, AWARD OF $175,000 GOLD COIN

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

REPAIR INJURIE

VII. **BACKGROUND INFORMATION:**
A. State, in complete form, all names you have ever used or been known by including any and all aliases: HAUERSPERGER LAFONTAINE-LAFountaine
B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you. 873197

VII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?
___ YES  X  NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
1. Court that imposed sanctions (if federal, give district and division): _____
2. Case Number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES ___ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warnings were imposed: _____

Executed on: __03-13-04__
            DATE

__Eady Kent__
"The Traveler"
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __13th__ day of __march__, 20 __04__.
          (Day)              (Month)        (Year)

__E. Kent Hawlyp__
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.