E-FILED
Wednesday, 16 February, 2005 04:37:42 PM
Clerk, U.S. District Court, ILCD

FEB 0 9 2005

United States Code Annotated
Title 18 §2231 to 2440

§2382. Misprision of Treason

Whoever, owing allegiance to the United States, and having knowledge of the commission of any treason against them conseals and douse not, as soon as may be, disclose and make known the same to the president or to some judge of the united states, or to the Govenor or to some judge or justice of a particular state, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

I Hereby Indict Congressman Bob Hunter of Abilene, Texas. AS I HAVE GIVEN Him All these informations Years ago and ask for help prosecuting Treasoners, AND HAVE BEEN Denied Assistance, by Him, prosecutors or others.

Congressman Hunter now ignore's all of my communication to him, and I conjure has more than an Appearance to be conspiring with or Having have joined Hands with "The Republic of Texas" insurgent's here in texas who condone the overthrow of the united states of america, and <u>refuse</u> to claim allegiance or affiliation with the United States of AMERICA for which I Stand.

Eddy Kent
the Traveler
020305

USMC RANGER #356589321

Congressman Hunter, Texas Senate @ Committe on criminal justice and william wayne Justice U.S. Judge here in texas were given information conserning TREASON being comitted by Texas insurgents MANY MEN and weomen of forieghn character and charm reside here in Texas prison as High Authority many not even capable of speaking english.

Senator TODD Staples, congressman Bob Hunter as well as others have toured these facilities and MUSt have come across them as they are the "High Authority" final decision makers Here. They are not publicly known yet inside prison prance thier Authority. MANY old Europian W.W.II offenders I suppose or second generation raised to war with the United States of America.

At one time a commen Identifier was the bastardization of the U.S. Flag upon a welders Hat that meant that person was "world Republic" which is now in charge of Texas Republic

I certify all this information above to be true to the best of my Belief and Knowledge.

[signature] 070305

United States CODE ANNOTAATED
TITLE 18 § 2231 to 2440
Chapter 113C - TORTURE

RECEIVED
FEB 0 9 2005
U.S. CLERK'S OFFICE
SPRINGFIELD, ILLINOIS

2

§ 2340 Definitions

as used in this chapter —

(1) "Torture" means an act committed by a person acting under the color of Law specifically intended to inflict Severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control;

(2) "Severe mental pain or suffering" means the prolonged mental harm caused by or resulting from —

A) the intentional infliction or threatened infliction of severe physical pain or suffering;

B) the administration or application, or threatened administration or application, of mind-altering substances or other procedures calculated to disrupt profoundly the senses or the personalaty;

C) the threat of imminent death; or

D) the threat that another person will imminently be subjected to death, severe physical pain or suffering, or the administration or application of mind altering substances or other proceedures calculated to disrupt profoundly the senses or personalaty; and

(3) "United states" includes all areas under the juristiction of the united states including any of the places described in sections 5 and 7 of this title and section 46501(2) of title 49.

WHICH includes MICHEAL PRISON UNIT, TEXAS

"The convention against Torture and other Cruel, inhuman, or degrading treatment or punishment"
Treaty Doc. 100-20

April 30, 1994

§ 2340A. Torture

(a) offense - whoever outside the united states commits or attempts to commit torture shall be fined under this title or imprisoned for not more than 20 years, or both, and if death results to any person from conduct prohibited by this subsection, shall be punished by death or imprisoned for any term of years or for life.

(b) juristiction - There is juristiction over the activity prohibited in subsection (a) if -

1) the alleged offender is a national of the united states; or

2) the alleged offender is present in the united states, irrespective of the nationality of the victim or alleged offender.

§ 2340 B. Exclusive remedies

Nothing in this chapter shall be construed as precluding the application of state or local laws on the same subject, nor shall anything in this chapter be construed as creating any substantive or procedural right enforceable by law by any party in any cival proceeding.

### § 2381. TREASON   June 25th 1948

Whoever, owing allegiance to the United States, levies war against them or adheres to thier enemys [sic], giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than 5 years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

RECEIVED
FEB 0 9 2005
U.S. CLERK'S OFFICE
SPRINGFIELD, ILLINOIS

### § 2383. Rebellion or Insurrection   June 25 1948

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than 10 years, or both; and shall be incapable of holding any office under the United States.

### § 2384. Seditious Conspiracy

If two or more persons in any state or territory, or in any place subject to the jurisdiction of the United States, conspires to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than 20 years or both.

State of Texas penitentuary was under federale authority under Ruiz court orders By Judge William Wayne Justice when I came to prison and was raped by staff members on or about June 12th 1999 Henceforth..... I note with more than a passing interest Investigation and prosecution is refused by State of Texas.

## FEDERAL FORUM DEMANDED

United States Code Annotated Title 18 § 2242
Sexual Abuse

whoever, in the special maritime and territorial juristiction of the united states or in a federale prison, KNOWINGLY-

(1) causes another person to engage in a sexual act by threatening or placing that other person in fear (other than by threatening or placing that other person in fear that any person will be subjected to death, serious bodily injurie, or kidnapping) or

(2) engages in a sexual act with another person if that other person is—

   A) incapable of appraising the nature of the conduct; or
   B) physically incapable of declining participation in

Judge Baker my Legal book's were just taken from me, I found these by Hopenstance.

Law Books are given to use here for (4) four hours about every other day. Usually I get to use them longer than 4 hours but often I only get requested material once a week material I got yesterday was ordered last week.

I intend to reiterate these informations in open court one day soon, yet now Am denied answer from any sheriff, prosecutor, or judge in the State of Texas conserning unlawful activity in state prison TDCj-ID Texas Department of criminal justice institutional division is and has been a seperate indi company from Texas courts or Department of Transportation D.O.T. (state police) It is fraud to me TDCj-ID are often convicts and as I Indict them Agents Against the United States of AMERICA, I solemly swear  Edward Kat Haumpey

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
*Inter-Office Communication*
**Administrative Review**

**DATE:** July 15, 2003

**TO:** Edward LaFontaine          TDCJ # 873197
Telford Unit - 067

**FROM:** Susan L. Schumacher
Asst. Administrator, Offender Grievance

The attached grievance was received in this office and was not submitted in the proper manner. It is being returned to you with an explanation of your error as well as with the Instructions on How to Write and Submit Grievances in accordance with the Grievance Procedure Rules. These instructions are also posted in prominent locations throughout your unit. If you have further questions or need assistance you may contact the unit grievance investigator.

You may not submit a Step 2 appeal on a Step 1 grievance that was returned to you unprocessed using one of the screening criteria. Unprocessed grievances that qualify for resubmission may be corrected and resubmitted to your unit grievance investigator within 15 days of the signature date on the returned grievance form.

SLS/sls
cc: File

*9-1-00 No Monetary Damages may be requested was vacated by T.D.C.J. I.D. See #9 screening crytiria of step one Grievance.*

Texas Department of Criminal Justice

# STEP 2
PASO 2

**OFFENDER GRIEVANCE FORM**

Forma Para Quejas de los Preso

**OFFICE USE ONLY**
Para Uso De La Oficiana Solamente
Grievance #: _____
UGI Rec'd Date: JUL 07 2003
HQ Rec'd Date: _____
Date Due: _____
Grievance Code: _____
Investigator Number: _____

☐ EM   ☐ UOF   ☐ MED
☐ ADA  ☐ REL   ☐ SSI

Offender Name: Edward LaFontaine   TDCJ # 873197
Unit: Telford 067   Housing Assignment: 7-I-27
Unit where incident occurred: Skyview 034

Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 because...

I still have been refused medical treatment.

Step II Grievance is required for 42 USC § 1983.

I-128 Front (9/1/1999)    PLEASE SIGN ON BACK    (OVER)
JUL 14 2003

Offender Signature: E Kent Hardy    Date: 070303

**Appellate Decision and Reason:**

☐ The Step 1 answer has addressed your complaint. No action will be taken.

☐ You have not provided a good reason for your appeal or for this office to review your claims further. No action will be taken.

☐ The issue you raise has been resolved or is pending resolution and no further action is warranted.

☐ The issues you present have already been reviewed. No further appeals of the same issues will be addressed. No action will be taken by this office.

Signature Authority: _____    Date: _____

**Returned Because:**

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible*

☐ 3. Originals not submitted*

☐ 4. Inappropriate/Excessive attachments*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 6. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

*You may resubmit this issue once corrections are made.    Grievance Staff: _____

I-128 Back (9/1/1999)

"EMERGENCY"

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: _____
Date Received: _____
Date Due: _____
Grievance Code: _____
Investigator ID #: _____
Extension Date: _____
Date Retd to Offender: _____

Offender Name: E Lafontaine   TDCJ # 873197
Unit: SV034   Housing Assignment: 5B30r 5B301
Unit where incident occurred: SV34

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? Sgt. Rogers   When? 02182003
What was their response? Your not coming out of there tonight.
What action was taken? I was again denied medical

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

refused

Rufed medical because I grieved to psych. dept. Refused to shut my mouth. I cussed.

I have many physical ills now including cut on toe to bone and broken finger from attack by psych. nurse sat. night 02162003. I have not seen medical Doctor since my arrival 90 days ago for Head/Neck injurie, broken nose recieved in spontanius UOF at Micheal unit. E Kent Hawnpur

I-127 Front (Revised 9-1-2001)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

JUL 14 2003

**Action Requested to resolve your Complaint.** Medical attention at John Sealy Hospital, Austin State Hospital, Rusk State Hospital or other outside caretaker and 3.4 million damages.

**Offender Signature:** E. Kent Hainspery  **Date:** 02182003

**Grievance Response:**

**Signature Authority:** _____  **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when corrections are made.

- [ ] 1. Grievable time period has expired. 2 yrs.
- [ ] 2. Submission in excess of 1 every 7 days.* Unconstitutional
- [ ] 3. Originals not submitted.* De minimus
- [ ] 4. Inappropriate/Excessive attachments.* Unconstitutional
- [ ] 5. No documented attempt at informal resolution.* Contrary to instructions on front.
- [ ] 6. No requested relief is stated.*
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language.* Unconstitutional
- [ ] 8. The issue presented is not grievable. Any offence is grievable
- [ ] 9. Vacant – discontinued 9-1-00 See above for why.
- [ ] 10. Illegible/Incomprehensible.*
- [x] 11. Inappropriate.* No monetary damages can be requested

**UGI Signature:** SAdair
**I-127 Back (Revised 9-1-2001)**

**OFFICE USE ONLY**

| Initial Submission | UGI Initials: SA |
|---|---|
| Grievance #: 2003112522 | |
| Screening Criteria Used: #11 | |
| Date Rec'd from Offender: FEB 21 2003 | |
| Date Returned to Offender: 2-24-03 | |
| 2nd Submission | UGI Initials: ___ |
| Grievance #: ___ | |
| Screening Criteria Used: ___ | |
| Date Rec'd from Offender: ___ | |
| Date Returned to Offender: ___ | |
| 3rd Submission | UGI Initials: ___ |
| Grievance #: ___ | |
| Screening Criteria Used: ___ | |
| Date Rec'd from Offender: ___ | |
| Date Returned to Offender: ___ | |

## Texas Department of Criminal Justice
## INSTRUCTIONS ON HOW TO WRITE AND SUBMIT GRIEVANCES

1. *Grievance forms are available from the law library, housing area, shift supervisors, or by contacting the unit grievance office.* After completely filling out the form, place it in the grievance box yourself or give it to the grievance investigator on your unit.

2. An attempt to informally resolve your problem must be made before filing a grievance. *Informal resolution* is defined as any attempt to solve the issue at hand and must be noted on the Step 1 grievance form (I-127). You have 15 days from the date of the alleged incident or occurrence of the issue presented in which to complete the Step 1 grievance form and forward it to the Unit Grievance Investigator (UGI). The Step 1 process may take up to 40 days from the date the unit grievance office receives the Step 1 form to respond. If you are not satisfied with the Step 1 response, you may appeal the Step 1 decision by filing a Step 2 (I-128). You have 15 days from the date of the Step 1 signature to submit the Step 2 to the grievance investigator on the unit. The Step 2 process may take up to 35 days to provide you a written response. *Present only one issue per grievance and do not repeatedly grieve the same issue.*

3. *Additional time* may be required in order to conduct an investigation at either Step 1 or Step 2 and in either case; you will be *notified of the extension in writing*. Also, you may request that your grievance be withdrawn at any time during the process and the unit grievance investigator can help you with these procedures.

4. *Complete your grievance in dark ink or type if possible. If you need any assistance filing a grievance or understanding a response contact your unit grievance investigator.*

5. *The following issues are grievable through the Offender Grievance Procedure.* Remember that you may only file a grievance on issues that PERSONALLY APPLY TO YOU.
    - The interpretation or application of TDCJ policies, rules, regulations, and procedures.
    - The actions of an employee or another offender, including denial of access to the grievance procedure.
    - Any reprisal against you for the good faith use of the grievance procedure or Access to Courts;
    - The loss or damage of authorized offender property possessed by persons in the physical custody of the Agency, for which the Agency or its employees, through negligence, are the proximate cause of any damage or loss.
    - Matters relating to conditions of care or supervision within the authority of the TDCJ, for which a remedy is available.

6. *You may not grieve*:
    - State or Federal Court decisions, laws and/or regulations;
    - Parole decisions;
    - Time-served credit disputes (these issues should be directed to the Classification and Records, Time Section);
    - Matters for which other appeal mechanisms exist;
    - Any matter beyond the control of the Agency to correct.

7. *Grievances that do not meet the following established screening criteria will be returned to you unprocessed*; however, most grievances may be corrected and resubmitted within 15 days from the signature date on the returned grievance.
    - Grievable time period has expired. (Step 1 grievances must be submitted within 15 days from the date of incident and Step 2 Appeals must be submitted within 15 days from the date of the signature on the Step 1.)
    - Submission in excess of 1 every 7 days. (All grievances received in the grievance office will be reviewed; however, only One grievance will be processed every Seven days [with the exception of disciplinary, specialty, and emergency grievances.]
    - Originals not submitted. (Carbon copies are not considered originals even if they have an original signature. The original answered Step 1 must be submitted with a Step 2 Appeal.)
    - Inappropriate/excessive attachments. (Your grievance must be stated on one form and in the space provided. Attach only official documents such as I-60's, sick call requests, property papers, etc. that support your claim.)
    - No documented attempt at informal resolution. (You are required to attempt to resolve issues with a staff member prior to filing a grievance. Remember, the attempt must be documented in the space provided on the I-127 form.)
    - No requested relief is stated. (The specific action required to resolve the complaint must be clearly stated in the space provided.)
    - Malicious use of vulgar, indecent, or physically threatening language directed at an individual.
    - The issue presented is not grievable. (Refer to #6 above.)
    - No remedy exists.
    - The text is illegible/incomprehensible. (Write your grievance so that it can be read and understood by anyone.)
    - Inappropriate. (You may not ask for monetary damages or any form of disciplinary action against staff.)

8. *Do not use a grievance form to comment on the effectiveness and credibility of the grievance procedure; instead, submit a letter or I-60 to the Administrator of the Offender Grievance Program.*

OG-02 (Rev. 9/2000)

**Texas Department of Criminal Justice**
**INSTRUCCIONES SOBRE COMO ESCRIBIR Y PRESENTAR SUS QUEJAS**

1. El formulario de Quejas esta disponible en la biblioteca de leyes, en los dormitorios y viviendas de la unidad. Después de completar el formulario de quejas, deposítelo en el buzón de quejas o mándelo directamente al investigador en su unidad.

2. Trate de resolver su problema informalmente antes de presentarlo al coordinador de quejas. **Resolución Informal se define como un atento a solucionar su problema sin necesidad de escribir una queja.** Usted tiene 15 días de la fecha en que ocurrió el incidente para presentar su problema. El proceso del paso uno puede tomar 40 días del día en que la queja fue recibida para responder a su situación. Si usted no esta satisfecho con su respuesta recibida en el formulario del paso uno, tiene la opción de apelar la decisión utilizando la segunda parte de su formulario (I-128). Usted tiene otros 15 dias de la fecha en que recibio su respuesta del formulario I-127 para apelar su decisión. El proceso en el paso II tiene hasta treinta y cinco dias para responder a su queja. **Presente una queja nada mas en cada formulario, no presente quejas sin merito.**

3. Hay algunas veces en que el proceso para investigar su quejas tome mas de lo necesario. En estos casos usted sera informado via correspondecia que se va tomar mas tiempo.

4. **Use tinta negra para llenar su formulario. Si necesita ayuda para escribir una queja acuda a ver el investigador en su unidad.**

5. Usted puede utilizar el tramite de quejas para quejarse de los siguientes desacuerdos.

   - La interpretacion y applicacion de las reglas que gobiernan a esta agencia y que personalmente le aplican y afectan a usted.
   - Las acciones de cualquier empleado o persona en custodia que no le permita acceso al tramite de quejas.
   - Toda clase de venganza o replesalia contra usted por presentar quejas mediante este proceso
   - La perdida de propiedad que usted esta autorizado para poseer en la unidad.
   - Asuntos relacionados con condiciones que estan dentro del alcance de la agencia y que una resolucion es posible.

6. Los siguientes desacuerdos no seran procesados por el departamento de quejas.
   - leyes federales, estatales y decisiones juridicas
   - Decisiones de libertad condicional.
   - Credito por tiempo servido (deben ser dirijidos al departamento de classificacion).
   - Asuntos que no tienen otra apelacion
   - Asuntos fuera del alcanze de la agencia para remediar.

7. Las quejas que no califiquen con la siguientes reglas establecidas seran regresadas a el preso sin ser procesadas. Usted tiene 15 dias para corregir su queja y entregarla de nuevo. Su queja no sera procesada por las siguientes razones:
   - su apelacion exide el limite de tiempo establecido para quejarse. (En el paso uno usted tiene 15 dias de la fecha de el incidente para presentar su queja. El paso dos debera ser presentado antes de el quinceavo dia de la fecha que esta al lado de la firma de el Guardian en el paso uno).
   - Si envia mas de una queja cada siete dias.  (con la excepcion de quejas disciplinarias y de emergencia. Tambien quejas especiales).
   - Si no presenta la queja original. Quejas de carbon no son consideradas quejas originales. La firma de el paso uno debe ser original, copias no son permitidas.
   - Quejas que contegan documentos excesivos seran devueltos sin procesar.
   - Si no hay documentacion que indique que trato de solucionar su problema con el personal de la unidad antes de presentar su queja. El atento a resolver su problema debe estar escrito en el formulario I-127.
   - Si no indica que clase de resolucion es necesaria.
   - Si utiliza un lenguaje vulgar o indecente dirijido a cualquier persona.
   - Si su queja que presenta no tiene merito
   - Si no existe ningun remedio para rectificar su problema.
   - Si el texto de su queja no es presentado claramente y legible para que pueda ser entendida.
   - Si usted pide que tomemos acciones disciplinarias contra los empleados.

8. **No utilize el formulario de quejas para hacer comentarios acerca de la effectividad y credibilidad del proceso de quejas.**

OG-02 (Rev. 9/2000)

SUBJECT: State briefly the problem on which you desire assistance.

03-07-04

3:05-cv-03010-HAB-BGC  # 8  Page 14 of 15

I would like to sighn on to class action law suite for Rain, consious shocking conditions. As well as The suite for Harrasment of MHMR Patients. I want to file affidavit of injuries. HauerspergerEdwardKent U.S.M.C.

Name: LaFontaine, Edward   No: 873197   Unit: MI

Living Quarters: 12 F 69   Work Assignment: NO

DISPOSITION: (Inmate will not write in this space)

OK

I-60 (Rev. 11-90)

---

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)
2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)
3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)
4. ☐ Clemency-Pardon, parole; early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)
5. ☐ Visiting List (Asst. Director of Classification, Administration Building)
6. ☐ Parole requirements and related information (Unit Parole Counselor)
7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)
8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: Law Library
(Name and title of official)

ADDRESS: Michael Unit

DATE: 03-07-04

S.L. (A.KA. shit for Luck) Schumacher is well know/documented by much communication by me for conspiring to evade cover up and retaliate upon, reports of unlawful activity have not been investigated by law enforcement she has correctional officers who "investigate" said reports unlawfully discovering evidences against TDCJ-ID employees who she inadvertantly? Benifits.

Chris White was sent to talk to me by Her office as recently as 2 weeks ago Impersonating state law enforcement! He is A correctional officer/peace officer for TDCJ-ID, which is Not Law enforcement STATE Law enforcement is under D.O.T. Department of transportation.

TDCJ-ID Texas Department of criminal justice Institutional Division is PRISON ONLY NO LAW ENFORCEMENT AND MANY "Peace officers" are convicted Felons!