E-FILED
Wednesday, 16 February 2005 04:59:00 PM
Clerk, U.S. District Court, ILCD

Judge HAROLD A. BAKER
US District Court
Springfield, Il.

I am allowed 5 letters per week. 02-03-

Judge,

This is letter I sent clerk.

I am refused Attorney Access to courts, LAW manuals, JURY and sent court dockett which itself shows I was not given copy of filed complaint, Answer, or Summon(s) I Need these! I was unlawfully transported to Texas for Trial after Logan county Illinois stole my Texas criminal practice Guide encyclopedia set of Books causing unlawful Hearing and sent to prison. I AM Factually innocent, and Hampered by your clerk!!!!! please correct this injury. Also I am refused pen, supplies "I heard about it's fontaine let the Feds come, who cares" Law Librarian

I am being harassed and threatened by your Baliff!!!!!!

who will my court reporter be?

TRIAL INTEGRITY!

FEB 0 9 2005
U.S. CLERKS OFFICE
SPRINGFIELD, ILLINOIS

US District Court Clerk
600 East Monroe Street
Springfield, Illinois

~~01-27-05~~
02-03-05

Clerk, Please Read Carefully,

I am Indigent, I am Ignorant please send me copy of courts Record and file for cause 3:05-CV-3010 I have no Record or file for this cause. I do not know what cause concerns. I desire to be prepared for merit review Hearing to be held by phone 2/11/2005 By Judge Harold A. Baker.

I promise to reimburse you for all of your services.

E. Kent Hauersperger

Edward Kent Hauersperger
#873197 P.O. Box 4500
Tennesse Colony, Texas
Micheal Prison       75861+4500

138 District court, Brownsville, TX.
Cause 96-CR-1627 B
Unlawful prosecution

02-?-05 RECEIVED
FEB 0 9 2005
U.S. CLERK'S OFFICE
SPRINGFIELD, ILLINOIS

Judge Robert Garza,

I sugest you move. I exspect to be released from prison soon. I know for a fact most Heroin junkies resist arrest. Flee and you will not need to. I intend on pursuing my original indictment of you as a Heroin user and traffiker. So my advise again is to Get a Life. Some where else, I will spend alot of time in the valley including Brownsville and cameron county. Get lost and maybe I won't pursue you much farther stay and enjoy local hospitalitie as a known comedean and star of the stage....MY Bull pen.

See you soon

Eady Kent Hauersperger
USMC RANGER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

★75

HAUERSPERGER, 873197 )
_____Plaintiff_____ )
 )
vs. )  Case No. _____
 )
Logan County, Illinois )
Susan L. Schumacher )   REFUSED
_____ )   COPY(S)
_____ )
_____Defendant(s)_____ )

## COMPLAINT

☒   42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐   28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐   Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Hauersperger 873197 , and states as follows:

My current address is: P.O. Box 4500 Tennesse Colony, TX. 75861-4500

The defendant Logan County , is employed as political subdivision of Illinois at 911 Pekin St. or courthouse Lincoln, Illinois

The defendant Susan L. Schumacher , is employed as Asst. Administrator TDCJ-ID at P.O. Box 2503 lake Road Huntsville, TX. 77340

The defendant _____ , is employed as _____

at _____

The defendant _____ , is employed as _____

at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☒     No ☐

If yes, please describe Filed in Tyler, TX. Federal court was denied right to redress grievance because court thought me not in Danger.

B. Have you brought any other lawsuits in state or federal court while incarcerated?

     Yes ☒     No ☐

C. If your answer to B is yes, how many? Lot's Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.) Refused copy

   1. Parties to previous lawsuit:

      Plaintiff(s) _____

      Defendant(s) _____

      _____

   2. Court (if federal court, give name of district; if state court, give name of county)

      _____

   3. Docket Number/Judge _____

2

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit _____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ✓   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ✓   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ✓   No ☐ excluding Actual court Hearing REQuested

PLEASE NOTE: *THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

3

## STATEMENT OF CLAIM

Place of the occurrence **SKYView Hospital**

Date of the occurrence **02-18-2003**

Witnesses to the occurrence **MANY**

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

I was unlawfully extradited after my Texas criminal practice guide was stolen by Logan county Illinois at Micheal prison where Judge Garza sent me to await new trial a man STAFF Attacked me Hitting me in the Head and Face with his fist alot of times. I was sent to Hospital after I awoke from (Probable) concussion/sleep 6 days and 5 hours later. They did not treat me or let me see doctor. They kept me in Solitary confinement. I became severly Ill, diaria, sour stomach, nausea fearful of death several times. On 2-18-2003 I told Nurse I wanted to be tested for Blood poisoning/Food poisoning she got Angry and I cussed her she called a big psychiatric nurse "Steward" to see "If You want to cuss him. This man about 6'8" 375lb. shoved the door in on my (I have no money for shoes) and cut my toe and broke my Hand. My Foot is scared my hand hurts at times uncontrolably I have other ills, untreated.

4

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

AWARD ME 500 thousand dollars damages

INjunctive relief requested I ask court to order Habus hearing, $500.00 worth of food from commissary and that I be given 2 johney's ie. Lunch sacks consisting of 1 milk, 1 potatoe, 2 meat sandwiches and one peanut butter sandwich eAch ICE COLD SERVED BELOW 40°

*Edy Kent*
*60205*
*the Traveler*

JURY DEMAND Definatley   Yes ☐    No ☐

Signed this 2ND day of Febuary, 2005.

*Edward Kent Hauersperger*
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| HAUERSPERGER, E. Kent | 873197 |
| Address: P.O. 4500 Tennesse Colony, TX. 75861 | Telephone Number: NO Telephone or computer Allowed |

IN THE UNITED STATES DISTRICT COURT
FOR THE __Central__ DISTRICT OF ~~TEXAS~~ __Illinois__
__Springfield__ DIVISION

__Hauersperger 873197__
Plaintiff's name and ID Number

__Micheal prison__
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

__Logan county, Ill.__
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Hauersperger, 873197__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment        Yes☐ No☑
   b. Rent payments, interest or dividends?               Yes☐ No☑
   c. Pensions, annuities or life insurance payments?     Yes☐ No☑
   d. Gifts or inheritances?                              Yes☐ No☑
   e. Family or friends?                                  Yes☑ No☐
   f. Any other sources?                                  Yes☐ No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   __Son gave State of Texas $30.00__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐        No☐
   If you answered YES, state the total value of the items owned.

   __Don't know of any account numbers or amounts__

1                                                    ATCIFP

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes☐    No☐

If you answered YES, describe the property and state its approximate value.

Musical equip, orans, pianos, Drum etc, other, real estate etc. unable to declaire.

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the 2nd day of Febuary, 2004

Edward Kirt Hauersporn  873/97
Signature of Plaintiff    ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

2    ATCIFP