E-FILED
Wednesday, 23 February, 2005 03:49:05 PM
Clerk, U.S. District Court, ILCD

United States District Court
600 E. Monroe
Springfield, IL. 62701

FILED FEB 2 2 2005 JOHN S. WATERS, Clerk CENTRAL DISTRICT COURT DISTRICT OF ILLINOIS

Clerk,

I HAd hearing ordered for 02-16-05. why did it not accure. I am still seeking justice for criminal prosecution resulting from Logan County's (IN)ACTIONS enclosed Letter/motion to state trial court who offended me.

I was denied food 3 times this post week. I Had my tray thown onto floor of my cell Sat. 02-12-05 ON FILM. Retaliation for constitutionally protected action. MY LIFE IS IN DANGER. I DO NOT LIE.

Please order hearing soon, and have me safely put for it. I need my Law Books, I need my medical file, I need evidence(s) that show that there was NO evidence to charge me!

Sincerely,
Edward Tait Hauenspeigh