COPY FOR: U.S. DISTRICT COURT Springfield, Ill.

CAUSE
3:05-CV-03010-HAB-BGC

E-FILED
Wednesday, 23 February, 2005 04:50:53 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 2 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

02-15-05
MICHEAL PRISON
TEXAS

HONORABLE JUDGE MENTON MURRAY
138th DISTRICT COURT of TEXAS
974 E. HARRISON STREET
BROWNSVILLE, TEXAS 78520

I Hereby File with Honorable court this Notice of Injurie. Judge Menton Murray has denied me my constitutional right(s) to ACCESS courts, Be free from cruel and unusual punishment, speedy trial and with deliberate indiference has caused me great mental anguish. A five(5) year old child can disern all of Hauerspergers injuries with simple instruction. It appears court has had profesional instruction; Hauersperger Hisself possesed and read portions of Texas criminal practice Guide which within weeks of it's possesion advised Him of Due process, Extradition Law, Prisoners right(s), speedy trial and continuance, extradition(13) chapter thirteen, and APPEAL. THAT SET OF ENCYCLOPEDAS was stolen and thrown in trash after (CAMERON county claimed they did not Have charge(s) against me) By Logan county Ill. Sheriff(s) Agents and TRAVIS county Texas Agent(s) when Hauersperger was Released after an UNUSUAL (5) five month out of county Hold Initiated by MURRAY(s) court.

BY Judge MENTON MURRAY(S) Confidant Judge Roberto Garza Hauersperger was WAYLAYED, MOLESTED AND BEATEN THEN UNLAWFULLY SENT TO TEXAS MICHEAL UNIT PRISON without any reasable evidence supporting charge of violation of PROBATION. AFTER Judge MENTON A. MURRAY certified GARZAS COURT and Demeanor to be fair, true, NON-predjudiced, and, HEROIN FREE. I Edward Kent Hauersperger Demand Judge MENTON MURRAY VIEW COURTS FILE and Record conserning cause 96-CR-1627 B To Determine if GARZA may Have violated the Court(s) TRUST, Benifit of the doubt, certification; Hauersperger notes with more than a passing interest that Judge Roberto GARZA is under investigation by Federale authorities for Heroin trofficing.

__IF__ Hauersperger douse not recieve a discresionary review of His cause within (5) days, five days of this date, I certifie I will file Supplemental complaint with U.S. District court for 7th Springfeld ILL Demanding His presence ~~con~~ to answer for HIS part, After the Foct conspiracy, criminal conspiracy as well as conspiring to Injure any CITIZEN INforment for the UNITED STATES of AMERICA.

Hauersperger douse not ~~hereby~~ Herein claim to be clairvoyant yet has academic inkling that Honorable Judge MENTON A. MURRAY sliped through the cracks upon initial review of court(s) file cause 96-CR-1627-B prerogative of Judge Roberto Garza(s) rescuzal hearing. Hauersperger sincerely BEGS Honorable MENTON A. MURRAY ~~IN HIS PERSONAL capasutie~~ as well as in His enchanting frippery, His well favored cloak of Decency which he adorns hiself with in the administration of justice to Brush Hiself off and seek integrity for probation hearing of cause 96-CR-1627B. I Edward Kent Jr. Hauersperger UNITED STATES MARINE Corp. Ranger, Service Number 356589321 hereby certify NONE will be found. Enacted this the (13th) thirteenth day of Febuary in the (2005) two thousand and fifth year of our lord and savior christ Jesus of Nazareth.

E. Kent Hauersperger

Edward Kent Hauersperger
P.O. BOX 4500 #873197
TENNESSE COLONY, TEXAS
75861+4500
"INFIRMED CITIZEN"