FILED
MAR 0 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

U.S. District Court
Springfield, Ill.

021705

Sir,

I am refused copy of any writings by my captor's. Note I am an innocent man.

Harold A Baker Judge ordered a hearing to be held 021105 concerning another matter. My family has great wealth I seek credit for copy(s) as well as research services from your Law Library.

Please file this enclosed document in the interum.

I believe my life is in danger and am doing everything I can to conflict that danger with the exception of shuting up as I am ordered to do by my captors. I believe my food has been poisoned and sent sample to General Carl B Cash 4000 defence The pentagon. He is my Great uncle. I sought injunctive relief of stamps to write ya'll. It was denied can you send self adressed envelope?

Kurt

REFUSED COPY

COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE **Central** DISTRICT OF ~~TEXAS~~ **Illinois**
**Springfield** DIVISION

**Hauersperger 873197**
Plaintiff's name and ID Number

**Micheal prison, Texas**
Place of Confinement

CASE NO: _____
(Clerk will assign the number)

v.

**Roberto Garza, Judge**        **Jury Demand Yes**
Defendant's name and address

**974 E. Harrison St.**
Defendant's name and address

**Brownsville, TX. 78520**
Defendant's name and address
(DO NOT USE "ET AL.")

_____

I. **PREVIOUS LAWSUITS:**

A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?  ✓ YES  ___ NO

B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.) **All information unknown**

1. Approximate date of filing lawsuit: _____

2. Parties to previous lawsuit:
   Plaintiff(s) _____

   Defendant(s) _____

3. Court (If federal, name the district; if state, name the county) _____

4. Docket Number: _____

5. Name of judge to whom case was assigned: _____

6. Disposition: (Was the case dismissed, appealed, still pending?)
_____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _Micheal prison unit_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:
A. Name of address of plaintiff: ~~Roberto Garza~~ Hauersperger 873197
~~974 E. Harrison St. Brownsville TX 78520~~
PO Box 4500 Tennesse colony TX. ~~78520~~ 75861

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _Roberto Garza, Judge_
_974 E Harrison St Brownsville TX 78520_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_MASterminded Kidnapping of me_

Defendant #2: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

_ON or about JAN 28th 1999 Roberto Garza in his personal as well as his_

☆ATC1983 (Rev. 2/00)                                3

obvious official capacity masterminded and ordered my kidnapping from the state of Illinois. Garza falsified documents claiming a crime had been committed then falsified a state of Illinois Governors warrant to able his comrades to take me into thier possesion against my will. I have been beaton and sexually molested since. Known as a whistle blower my life is in danger.

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(1a) twelve million dollars Given me in damages.

VII. **BACKGROUND INFORMATION:**
   A. State, in complete form, all names you have ever used or been known by including any and all aliases:

   B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

VII. **SANCTIONS:**

   A. Have you been sanctioned by any court as a result of any lawsuit you have filed?
      ___ YES ___ NO   Not to my knowledge

   B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
      1. Court that imposed sanctions (if federal, give district and division): _____
      2. Case Number: _____
      3. Approximate date sanctions were imposed: _____
      4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO  ✓

   C. Has any court ever warned or notified you that sanctions could be imposed? ✓ YES ___ NO

   D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer
   UNKNOWN All my files have been Ransaked

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warnings were imposed: _____

Executed on: __17th Feb. 2005__     _E. Karl Hauersperger_
              DATE
                                              _____
                                              (Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**  _I declare I AM Impoverished._

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __17th__ day of __Feb.__ , 20__05__ .
            (Day)              (Month)         (Year)



(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.