FILED 02-2 E-FILED
Tuesday, 15 March, 2005 04:19:49 PM
Clerk, U.S. District Court, ILCD

MAR 0 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Judge Baker,

I have no file(s) as stated before. Yet my memory has not already been bashed out by these Bastards.

The first law suite I ever filed was in the Eastern District of Texas tyler Division it was becouse I was jumped had my head banged into wall, cut my cloths off and I believe raped me I don't recall most of the (10) ten days I was kept in a cell away from anyone without sink, toilet, or Bed. It was (3) three weeks before I saw a Docter, I was attacked by prison guards at Skyview Hospital, that was 6 days after being put in Texas prison. THAt Incident was on film, yet judge said I did not seek informal resolution.

I filed a suite for my Law books being stolen in U.S. District court Austin, TX. It was dissmised becouse "RANDom Depravation of prisoners property is not of constitutional violation These are the same law books that I am Litigating for now AND A WHOLE lot of constitutional violators have accured becouse of thier loss!

I Filed suite for being draged and having my self Beaton into Fence gate in cameron county, TX. county jail by sheriffs officers. in US District court Judge said that I could not Identify the attackers.

I Filed a suit against a docter at Skyview Hospital for telling him I thought I had been raped He said "I am not going to listen to you snitch on my felow employees" Judge said being raped was a "criminal aspect of incarseration."

I filed a suite on cearna + morales correctional officers in Lubbock, TX. for not feeding me 3 days in a row and throwing toilet (Fecis) water on me, when I wrote them up to thier supenisors for sexually molesteing a essentrally (5) five year old psych/Retarded man.

I wrote a suite against travis county Texas in Federale court for forcing me to stay in a single man cell with a man with T.B. Teburculosis against Health Law, I got T.B. Judge said I could not prove where I got T.B. From.

LAFONTAINE, Edward Kent
#873197
a/k/a Harris, Robert; a/k/a Hauersperger, Edward Kent/a/k/a Tim Lawson
1:00cv556 (W.D.-A)
08/31/00. Fontaine v. Trans. Corp. International, et al 1st STRIKE re: frivolous filings §1915
1:00cv533 (W.D.-A)
04/17/01. LaFontaine v. Frasier, et al 2nd STRIKE re: frivolous filings §1915
2:01cv181 (N.D.-Am)
11/09/01. LaFontaine v. Spier, et al 3rd STRIKE re: frivolous filings §1915
2:01cv383 (N.D.-Am)
11/09/01. LaFontaine v. TDCJ-ID, et al 4th STRIKE re: frivolous filings §1915
5:01cv236 (N.D.-L)
11/09/01. LaFontaine v. Cearna, et al 5th STRIKE re: frivolous filings §1915
7:01cv292 (N.D.-WF)
03/31/03. LaFontaine v. TDCJ-ID, et al 6th STRIKE re: frivolous filings §1915 and failure to
state claim

THIS paper was sent to me
recently when court claimed
my being attacked and permanantly
scared by psych MALE Nurse 300 plus pounds
6'9" was Not a Life endangerment.
See cause #277 Eastern District
of Texas U.S. District court.
I have a Suite against trial judge Roberto GArZA
in missouri 04-624-CV-W-DW-P
That is the 3rd Filling of that Suite for
my Kidnapping from missouri by Him.
I file along with this letter a Suite by seperate correspondence
against Him for Kidnapping me from Illinois
LOGAN CO. E Kent Hauersperger

APPEALANtS Brief for cause

96-CR-1627 B

CAMERON COUNTY TEXAS

HAUERSPERGER

V.

THE STATE of TEXAS

COURT of Criminal Appeals

Copy to:
Roberto GArza 138th District court
X HARold A Baker U.S. District court

1

# Authorities

BY State Law 528.027 Hauersperger
is Denied any Authorities.
Please Note that all reference to Law
is certified to be true.

## MANDAMUS RELIEF DENIED

Court has Been Notified of most unlawful
acts conserning plaintiffs incarseration and
Has denred plaintiff MANDAMUS RElief.

3

Appealants Brief is filed without any
legal training or assistance.
Appealant has been denied any
assistance from trial court conserning
legal manuals or Hired counsel.
court paid Attorney Chester (the molestor)
Gonzolazes failed to timely file an appeal
brief; After Roberto Garza trial judge
Declared 96-CR-1627B A misstrial "I HAte
misStrials! make a clean Break."
Appealant declared in open court that
He would Appeal to the Highest court in
the Land.
Justice Yanez for 13th court of appeals
of Texas refuses to Answer Appealants
communications conserning Denial of
appeal.

Henceforth Hauersperger files this Brief
with the Highest court in the Land
TEXAS court of criminal Appeals BY Handing
it to the correctional ON DutY at micheal prison
12 BlDG F POD ON sunday morning the 20th of Febuary
in 2005 to be put in the mail box.
AS required By Law.

4

Hauersperger douse not complain of any
clerical errors conserning his cause
although there are many.
Hauersperger douse not complain of the
timelyness of the trial, although it
was unlawful.
Hauersperger complains of the integrity
of Roberto Garzas court.

Hauersperger was called a "Nothing Female
cochroach" by his own attorney in Trial.
without reprimand.
Hauersperger was Declared a prior felon without
a hearing and denied abilitie to defend his honor
when profecutor claimed he had been on a three
state crime spree and Had rand and Hid
under onother name other than his own
after raping cundice mc Adams becouse
of court's UNFOUNDED declaration.
Judge Garza refused to allow an interpretuer
for jury deliberation.
Jury was given an unrealistic explanation of
Legal term "sexual assault" by chester (the molestor)
Gonzolaze "if a man goes one centimeter deeper
into a woman after she says stop, it is Rape."

5

Hauersperger did Not have sex with candice McAdams Yet definition is commen place of integrity of Trial. There was none. CANDICE McADAM'S gave a more than fancy-filled description of the Night of March 28th 1994 Her story is physically impossible; and testimone should have been struck.

Mz. McADAms did testifie that her testimonre(s) of previous conserning same incident was False.

Hauersperger was denied copy of both of these testimonies.

Speaking times for Hauerspergers court paid attorney and prosecutor were timed by count and Hauersperger recieved much less tine than prosecutor.

Nurse gave testimonie at trial outside her experience and legal knowledge as she claimed McADAMS was traumatized and in great mental anguish Yet she was not a psych. nurse.

Nurse ALSO gave testimonie that Docter was Not interested in seeing trial court.

6

Expert at trial testified that Rape test Kit was negative of a sexual assault essentially saying that He was confussed as to the reason for his testimony. Hauersperger should not have been charged with sexual assault conserning evidence(s) from Test Kit and other testimonies.

Hauersperger was denied "Eye witness" to MZ, McAdams and his fondleing the eve. of march 28th 1994.

MZ, McADAMS Also claimed She did not know he husbands name at the time, although She testified the motel room at Boomarang Billies was rented in HIS name Prosecuters Nor my court paid attorney could discover His Nane to bring him for trial.

MZ, McADams testified that he contradicted much of her testimonie in public forum in Humble Hter, and his place of residence.

7

orall prounouncement of sentence, after misstrial declaration is much different than written order made by clerk.

Judge has "varied" embelishments on Appealants letters, yet to this very day has not answered any, none of his motions in which he seeks justice.

I Edward Kent Hauersperger social security number 356589321 an Austin city resident, and tromp Hereby pray Honorable court review diaphrom recording of trial 96-CR-1627B and declare it a misstrial and misscarriage of justice.

Hauersperger douse seek imediate release as well as innocent man incarserated wages.

Hauersperger Has been in custody unjustly since march 29th 1994 and in Texas prison since June 3rd 1999 for this cause.

Hauersperger fears for his life, yet has made himself a productive citizen and a great ambassodure of Austin here in prison as he exposes unlawful activity here rapes, molestations, beatings to state Law makers.

Good vibes and well wishes to all who read, and condone justice. Enacted this the 19th day of febuary in the 2005th year of Christ. I Edward Kent Hauersperger hereby certify all of the foregoing to be true to the best of my belief and knowledge. E. Kent Hauersperger Micheal prison HAUERSPERGER #873197 PO 4500 TENNESSEE COLONY, TX. 75861

8 FINAL