United States District Court
Central District of Illinois
Springfield Division
600 E. Monroe Springfield, Il.

E. Kent Hauersperger    43    Refused Copy
   Plaintiff           43
         PRO-SE        43    CASE NO. 05-CV-3010
V.S.                   43
Logan County Sheriffs  43
Dept., et. al.,
   Defendant(s)

FILED
APR 11 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Second Motion for Declaratory Injunctive releaf

Here comes above named plaintiff in above captioned cause and earnestly prays Honorable court declare Agents for Logan county Illinois did violate His constitutional right to Due process of Law by Taking His Texas criminal practice Guide set of Book's, case law etc. from Him against His will; and order plaintiff Given Injunctive relief of copy of my File possesed by Logan county courts, copy of my File possesed by Logan county Sheriffs Dept. copy of my File possesed by Logan county public defender, $18,000 cash, 500.37¢ postage stamps, 500 envelopes, 1/cloth Bound Giant print Texas criminal practice guide set of books embossed on front in platinum Edward Kent Jr. Hauersperger, preferably Red (maroon) in color Vernons statues and codes Annotated for Texas constitution volumes 1,2,3,1A,1B, civil practice and remedies code volumes 1,2,3 and 4

Penal code 1, 2, and 3, Title 18 all volumes, wrights federale practice and proceedure Books Texas penal code, Illinois state troopers Handbook A Law Dictionary, Federale cival judicial proceedure and rules, Federale criminal code and rules, Texas crim. proceedure code and rules, Texas cival proceedure code and rules, Local Rules for Springfield U.S. District court, Rules of 7th US District court of appeals, Rules of 5th US District court of appeals, Rules of 6th US District court of Appeals, and Apocrolyptical/Deuteronimical King James version Holy Bible, as well as a speedy trial by jury for damages.

Again Hauersperger Asks that court order Him taken into custody by TRAVIS county Sheriffs Dept. in Austin, Texas for safekeeping I Am in Harms Way; See Use of Force Tapes please. Hauersperger Has also A criminal trial pending in Travis county, TX.

Enacted this the Fifth day of April in the 2005th year of Christ my Lord and Savior. I Edward Kent Jr. Hauersperger Hereby certify against penalty of perjury all of the foregoing to be true to the best of my knowledge and Belief.



"Eady Kent"
040505
"the traveler"

THIS DOCUMENT NOT TO BE CHANGED OR ALTERED