E-FILED
Tuesday, 12 April, 2005 10:21:44 AM
Clerk, U.S. District Court, ILCD

US District Court
Springfield, Ill.

RECEIVED
APR 11 2005
U.S. CLERK'S OFFICE
SPRINGFIELD, ILLINOIS

Clerk,

I am refused inmate account certificate. Guards have been handling me a little ruff so I am not screaming and yelling at them to get it. I need a court order.

Also needed court order to send You mail or I can only send to Attorney Search. They have got to document You are awaiting response from me.

Please file this and give copy(s) to All interested parties I am refused copy(s).

Also please send me Local Rules And ANY other publications You have available to pro-se Litigants Free of Charge.

Kent