E-FILED
Monday, 09 May, 2005 11:15:44 AM
Clerk, U.S. District Court, ILCD

FILED
MAY 06 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

HAROLD BAKer Judge
600 E. Monroe
Springfield, Ill. 62701

You ordered a Merit review Hearing to be held June 7th 2005 At 10:00 for cause 3:05-CV-3080.

The Merit review hearing for cause # 3:05-CV-3010 Has as yet to be Held, AND request(s) for injunctive relief have been ignored. The plain and short of it is I need Law Books! The theft is documented, obviously I am in prison becouse I AM IGNORANT, I am a poor INDIAN. State actors are malicous many other offences will be prosecuted when I am allowed My Files and Records. WHY am I Not allowed those, A to Z?

MY life is in Danger Here, I am an innocent man. Please appoint an attorney or order my Law Manuals given to me.

Enacted this twenty sixth day of april in the two thousand and fifth year of our Lord and Savior Christ. Yours for knowing Him.

ATTORNEY HAUERSPERGER
USMC # 356589321

Title 18 Torture Laws are commonley violated Hear, I swear.

Edward Kent jr. Hauersperger