UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

EDWARD KENT HAUERSPERGER,

    Plaintiff,

v.              05-CV-3010

ROBERT TEICHMAN et al.,

    Defendants.

### Order

The plaintiff is an inmate incarcerated in Texas. He filed this complaint pursuant to 42 U.S.C. § 1983, alleging that the defendants "conspired criminally . . . to kidnap, sexually molest, torture, and unlawfully imprisoned him." He filed a petition to proceed *in forma pauperis*, d/e 1. However, 28 U.S.C. § 1915(g) bars a prisoner from proceeding in forma pauperis in a civil suit "if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

According to PACER, the plaintiff has filed 25 cases since 2001. At least six of those were dismissed for failure to state a claim or because they were frivolous. *See Hauersperger v. Roberto Garza et al.*, Civil Action H-04-3355 (S.D. Tex. 2004)(dismissing plaintiff's case under 28 U.S.C. 1915(g)). Although he makes the bare allegation that he is imminent danger, nothing in the plaintiff's complaint permits an inference that he is in imminent danger of serious physical injury. The plaintiff's motion to proceed *in forma pauperis* is accordingly denied and this case dismissed.

**IT IS THEREFORE ORDERED:**

**1.    The plaintiff's Application to Proceed In Forma Pauperis [d/e 1] is denied pursuant to 28 U.S.C. Section 1915(g) and the complaint is dismissed in its entirety, without prejudice, for failure to pay the filing fee. All other pending motions, if any, are denied as moot. This case is closed.**

**Entered this  29th  Day of  July , 2005.**

                s\Harold A. Baker
                _____
                **HAROLD A. BAKER**
                **UNITED STATES DISTRICT JUDGE**