AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Friday, 29 July, 2005  02:19:23 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**EDWARD KENT HAUERSPERGER,**
    Plaintiff,

vs.  Case Number: **05-3010**

**ROBERT TEICHMAN, et al.,**
    Defendants.

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to an Order entered on July 29, 2005 by the Honorable Harold A. Baker, U. S. District Judge, the plaintiff's Application to Proceed In Forma Pauperis [d/e 1] is denied pursuant to 28 U.S.C. Section 1915(g) and the complaint is dismissed in its entirety, without prejudice, for failure to pay the filing fee. This case is closed.-------------------------------------------------------------------------

ENTER this 29th day of July, 2005

s/John M. Waters
JOHN M. WATERS, CLERK

s/M. Stewart
BY: DEPUTY CLERK