E-FILED
Tuesday, 23 August, 2005 09:44:40 AM
Clerk, U.S. District Court, ILCD

Judge Baker, Harold A
600 East Monroe St.
Springfield, Ill.

050812

FILED
AUG 2 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Judge Baker,

My Law Books, Texas criminal Practice Guide about 135 volumes were thrown into the trash by Logan county, Illinois agents November 18th 1998.
I have tried to recoup them several times; I know that this was (is) a violation of my constitutional rights. It was done on film at Travis county, Texas jail. In front of me. My integrity is high, I can bring many witness(es) for that.
I don't know what I am doing wrong in my request for you to order them replaced yet assume I need an Attorney and ask you appoint one. I am denied postage for an Attorney search here in prison.

I am Edward Kent J.R. Hauersperger Date of Birth 01-04-1961, U.S.M.C, Service Number 356589321 same as social security.

I need these Law Books, I am an innocent man in prison, I have been tortured, and only last week was ~~do not~~ given Breakfast two days Becouse I complained about unlawful handleing of the mall.

My Dad was a special agent in Springfield He is called Gentle Ben (Ed Hauersperger) My uncle is an Agent in Decator Steve Hauersperger I don't like him; I love Him. ☺

Please Give me an Attorney.

*Edward Kent jr. Hauersperger*

Edward Kent Hauersperger
873197 E. LaFontaine
P.O. Box 4500
Tennesse Colony, TX. 75861
INFIRMED CITIZEN